UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
CODY FROST, et al.,            )
                               )
        Plaintiffs,            )
                               )
        v.                     )   NO. 3:10-0984
                               )   Judge Haynes/Bryant
JAMES WARD, et al.,            )
                               )
        Defendants.            )
```

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 6).

An initial case management conference is set for **Tuesday, January 18, 2011, at 10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to January 18, 2011.

It is so **ORDERED**.

    s/ John S. Bryant
    JOHN S. BRYANT
    United States Magistrate Judge